No. 465. CORNELIUS J. McNAMARA ET AL., PETITIONERS, *v.* HOME LAND AND CATTLE COMPANY ET AL. October 27, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George R. Peck, Mr. John S. Miller, Mr. Merritt Starr* and *Mr. H. G. McIntire* for the petitioners. *Mr. W. E. Cullen, Mr. E. C. Day* and *Mr. F. C. Sharp* for the respondents.

---

No. 468. PERKINS COUNTY, NEBRASKA, PETITIONER, *v.* E. D. GRAFF. October 27, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. H. McGowan* and *Mr. Charles F. Manderson* for the petitioner. *Mr. J. M. Johnson* for the respondent.

---

No. 469. UNITED STATES FIDELITY AND GUARANTY COMPANY, PETITIONER, *v.* OMAHA BUILDING AND CONSTRUCTION COMPANY ET AL. October 27, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. E. G. McGilton* for the petitioner. *Mr. H. C. Brome* for the respondents.

---

No. 473. BOARD OF COUNTY COMMISSIONERS OF KEARNY COUNTY, KANSAS, PETITIONER, *v.* L. VANDRISS. October 27, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. A. P. Jetmore* for the petitioner. No appearance for the respondent.

---

No. 474. CHICAGO HOUSE WRECKING COMPANY, PETITIONER, *v.* OTTO C. BIRNEY. October 27, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. M. Woolworth* and *Mr. Wm. D. McHugh* for the petitioner. *Mr. Charles J. Greene* and *Mr. Ralph W. Breckenridge* for the respondent.